682 A.2d 1267

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Lori RISHEL, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 2, 1996.

*ORDER*

PER CURIAM.

AND NOW, this **2nd** day of **October, 1996**, the petition for allowance of appeal is granted. The judgment of sentence is vacated and case is remanded to the trial court for further proceedings consistent with the opinion in *Commonwealth v. Barud*, 545 Pa. 297, 681 A.2d 162 (1996).